THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN S. WRIGHT, | § | |
| *Plaintiff* | § § § | |
| vs. | § § | CASE NO. 3:14-cv-00725-N |
| DALLAS VOICE, VOICE PUBLISHING, INC., LEO CUSIMANO, TERRY THOMPSON, and ROBERT MOORE, | § § § § § § | |
| *Defendants.* | § § | |

### STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is JOHN WRIGHT ("Plaintiff"); Defendants are VOICE PUBLISHING COMPANY, INC. ("Voice Publishing"), DALLAS VOICE (a name under which Voice Publishing Company, Inc. conducts business but not a separate entity as so alleged by Plaintiff), LEO CUSIMANO ("Cusimano"), TERRY THOMPSON ("Thompson") and ROBERT MOORE ("Moore") (collectively "Defendants").

2. On February 12, 2014, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants, who have served an answer, agree to the dismissal.

5.   This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.   A receiver has not been appointed in this case.

7.   This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.   Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.   This dismissal is **WITH PREJUDICE**.

Respectfully submitted,

_____
Eric K. Gormly
State Bar No. 24071309
THE GORMLY LAW FIRM, PLLC
P.O. Box 835910
Richardson, Texas 75083-5910
214/242-0596
214/242-0597 – Telecopier
ekg@thegormlylawfirm.com

ATTORNEY FOR PLAINTIFF
JOHN S. WRIGHT

**AGREED:**

_/s/ James S. Robertson, III_

James S. Robertson, III
State Bar No. 17061075
GLAST, PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254-1449
972/419-7136
469/206-5065 – Telecopier
jrobertson@gpm-law.com

ATTORNEY FOR DEFENDANTS
VOICE PUBLISHING COMPANY, INC.,
DALLAS VOICE, LEO CUSIMANO, TERRY
THOMPSON and ROBERT MOORE